UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-cv-622-MOC-SCR

| | | |
|---|---|---|
| ANDRES MUNOZ, | ) | |
| LEIDY BALCERO, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| UR MENDOZA JADDOU, | ) | |
| CHRISTOPHER M. HEFFRON, | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on its own motion following Plaintiffs' failure to respond to this Court's Show Cause Order dated July 9, 2024, in which the Court stated:

> This matter was filed on October 2, 2023. No action has been taken since then, suggesting that Plaintiffs no longer intend to prosecute this action. The Court orders Plaintiffs to show cause why this matter should not be dismissed for failure to prosecute. Plaintiffs shall have thirty days to respond to this Order. If Plaintiffs do not respond within thirty days, this matter will be dismissed without prejudice and without further notice to Plaintiffs.

(Doc. No. 3). More than 30 days has passed since the Court entered its Show Cause Order, and Plaintiffs have taken no action in response to the Court's Order. Therefore, this action is **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

Signed: September 23, 2024

Max O. Cogburn Jr.
United States District Judge

1